IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-1236 |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 606 RAYMOND DRIVE, ) | |
| NEW CASTLE, PA 16101, including all ) | |
| improvements, fixtures and appurtenances ) | |
| thereto and therein, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 10th day of Dec, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that all right, title and interest of Inez Lindsey in the 606 Raymond Drive, New Castle, PA (the "606 Raymond Drive Property") be and is hereby forfeited the United States.

It is further ORDERED that Evans O. Lindsey hereby retains a life estate in the 606 Raymond Drive Property in accordance with the decision in *United States v. Parcel of Real Property Known as 1500 Lincoln Avenue*, 949 F. 2d 73, 78 (3d Cir. 1991).

The Clerk shall mark this case administratively closed.

_____
UNITED STATES DISTRICT JUDGE